## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**LISA BARNES-MCNEELY**                                                    **PLAINTIFF**

**v.**                                **CASE NO. 5:08-CV-00318 BSM**

**ARKANSAS DEPARTMENT OF HEALTH**
**AND HUMAN SERVICES, Pine Bluff Division;**
**GWEN WILLIAMS, Agency Supervisor/**
**Coordinator, in her official and individual**
**capacities; ROSEMARY CAUDLE, Supervisor,**
**in her official and individual capacities; MINNIE**
**BERRY, Agency Supervisor, in her official and**
**individual capacities; BEVERLY HARRIS, Fraud**
**Investigator, in her official and individual capacities;**
**MIKE LEAVETT, Director, Department of Health**
**and Human Services; ED SCHAFER, United States**
**Department of Agriculture**                                          **DEFENDANTS**

### JUDGMENT

Pursuant to the order of this date, granting defendants' motions to dismiss, plaintiff's

complaint must be dismissed with prejudice against defendants.

IT IS THEREFORE ORDERED that JUDGMENT be, and it is hereby, entered in

favor of defendants and against plaintiff.

IT IS FURTHER ORDERED that the complaint be, and it is hereby, dismissed with

prejudice.

IT IS SO ORDERED this 27th day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE